FILED

06/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0729

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0729

JAMIE NORRIS,

      Plaintiff and Appellant,

    v.

RICK L. OLSEN d/b/a A&O SHEET METAL,

      Defendant, Appellee and
      Cross-Appellant.

O R D E R

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's answer and cross-appeal brief filed electronically on June 19, 2023, this Court has determined that the brief does not comply with Rule 12 and must be supplemented as provided below.

Pursuant to M. R. App. P. 12(1)(i) and 12(4), cross-appellants must attach an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken. Appellee's appendix did not contain the relevant documents. Accordingly, while the Court accepts filing of Appellee's answer and cross-appeal brief, the Court requests Appellee electronically file the relevant document from which he appeals.

Therefore,

IT IS ORDERED that within ten (10) days of the date of this Order, the Appellee shall electronically file with the Clerk of this Court the relevant judgment or order from which the appeal is taken, and that copies of the relevant judgment or order be served on all parties of record; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the relevant judgement or order.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
June 21 2023